AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

Thomas Donnelly,

*Plaintiff,*

v.

Case No. 2:13-cv-10017-BAF-RSW
Hon. Bernard A. Friedman

EquityExperts.Org, LLC,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: EquityExperts.Org, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Ronald S. Weiss
    7035 Orchard Lake Road
    Suite 600
    West Bloomfield, MI
    48322

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ K Krawczyk
     *Signature of Clerk or Deputy Clerk*

Date of Issuance: January 4, 2013



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Thomas Donnelly, et al,

v.

Case#: **2:13-cv-10017**
BAF-RSW

EquityExperts.Org, LLC, et al,

## AFFIDAVIT OF SERVICE
DEFENDANT: EquityExperts.Org, LLC

Being duly sworn on my oath, I *GINA SHARBOWSKI* declare that I am a citizen of the United States, over the age of eighteen and not a party to or interested in the proceedings of this action. I received this process / assignment on 1-19-13, and that I personally served the following: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CLASS ACTION COMPLAINT; EXHIBIT A; in regards to the above case, upon:

## *EQUITYEXPERTS.ORG, LLC*

c/o: *MICHAEL NOVAK, R/A, personally,*
by identifying him and handing him the papers

Sex: __M__   Age: __35-45ish__   Race: __W__

as follows:
*Complete Address of Service*

**400 Water Street, Ste 250**

**Rochester, Michigan 48307**
Oakland County, Michigan.

*Day, Date, Time of Service*

Mon.  JAN 2 1 2013   @ **1:53pm**

I declare under the penalty of perjury that the information contained in this Affidavit of Service is true and correct.

Gina Sharbowski
Process Server

Subscribed and sworn to before me on JAN 2 2 2013

YOLANDA COLEMAN
Notary Public - Michigan
Wayne County
My Commission Expires Mar 2, 2013
Acting in the County of Oakland